**Appeal Reinstated; Order filed June 19, 2014.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-14-00043-CR**

———————

**HUNG PHUOC LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371912**

## ORDER

No reporter's record has been filed in this case. Walter Johnson, a substitute court reporter, informed this court that appellant had not made payment arrangements for preparation of the reporter's record. *See* Tex. R. App. P. 37.3(c)(2)(A). On February 10, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

This appeal was abated because our record contained appellant's request for appointment of counsel. Appellant was represented by retained counsel at trial. On June 11, 2014, a supplemental clerk's record was filed containing the trial court's determination that appellant is not entitled to appointed counsel, and showing that appellant is represented by retained counsel, Andre L. Ligon. Accordingly, we issue the following order. *See* Tex. R. App. P. 35.3(c).

We **ORDER** the appeal **REINSTATED.** We further **ORDER** appellant to pay for preparation of the reporter's record and provide this court with proof of payment on or before **July 3, 2014.** If appellant fails to pay for the reporter's record, the court will order appellant to file a brief without the benefit of a reporter's record. *See* Tex. R. App. P. 37.3(c).

PER CURIAM